Edward A. Murphy  
MURPHY LAW OFFICES, PLLC  
127 N. Higgins, Ste. 207  
Missoula, MT  59802  
Phone:  (406) 728-2671  
Facsimile:  (866) 705-2260  
Email:  rusty@murphylawoffices.net  
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| In re | |
|---|---|
| SHAWN D. DeFRANCE and JENNIFER R. DeFRANCE, | Case No.  19-60983 |
| Debtors. | |

STATEMENT OF DOMESTIC SUPPORT OBLIGATIONS

Pursuant to Mont. LBR 4002-1(e), the undersigned hereby provides this Statement of Domestic Support Obligation(s), as defined in 11 U.S.C. § 101(14A).

1. Debtor's name (enter full name):  Shawn D. Defrance and Jennifer R. Defrance

2. Does Debtor have a domestic support obligation: ___yes  _X_ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

3. Debtor's employer and employer's address: _____

4. Name, address, phone number, employer's name, and address of employer for any person responsible with the Debtor for the support:
   _____
   _____

5. Name, address and phone number for the holder of the claim of support:
   _____
   _____

   [If the Debtor does not know the whereabouts of the former spouse, this fact should be affirmatively stated above, but the address for the support collection agency must be provided.]

AS OF THE DATE OF FILING OF THE BANKRUPTCY PETITION:

1. Amount of support obligation: $_____ per _____ [i.e. month, week, etc.]

2. Term of support obligation: from _____ until _____

3. Amount that the domestic support obligation is in arrears: $ _____

4. Court name and jurisdiction in which order of support was issued:

5. Court Case No. _____

6. Name and address of State Child Support Enforcement Agency involved in such claim:

I/We declare under penalty of perjury that the foregoing is true and correct.

/s/Shawn D. Defrance_____     10/25/2019_____
Signature of Debtor                                                       Date


/s/Jennifer R. Defrance_____     10/25/2019_____
Signature of Co-Debtor                                                    Date